STEINBECK *v.* GEROSA, COMPTROLLER OF NEW YORK CITY, ET AL.

No. 294.   Decided October 13, 1958.

*Irwin Karp* for appellant.

*Peter Campbell Brown* and *Stanley Buchsbaum* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.